## THE STATE v. WARD.

From the Porter Circuit Court.

T. J. Wood, Prosecuting Attorney, and C. A. Buskirk, Attorney General, for the State.

BIDDLE, C. J.—Indictment against the appellee for permitting a minor to play billiards on the appellee's billiard table. This case falls within the principle of The State v. Ward, ante, p. 537.

The judgment is therefore affirmed.

## GOAR ET AL. v. MORARITY.

From the Tipton Circuit Court.

J. W. Robinson, N. R. Overman, R. B. Beauchamp and G. Gifford, for appellants.

J. Green, D. Waugh, J. Waugh and N. R. Linsday, for appellee.

PERKINS, J.—Complaint to review a judgment.

The complaint, among other things, alleges fraud, etc. It is not sworn to. Enough of the defects existing in the record of the case of Goar v. Cravens, ante, p. 365, and which were held fatal to the appellant in that case, appear in the transcript in this, to justify its affirmance on the authority of the former.

Judgment affirmed, with costs.

## THE CITY OF CRAWFORDSVILLE v. BURBRIDGE ET AL.

From the Montgomery Circuit Court.

W. P. Britton and M. W. Bruner, for appellant.
S. C. Willson and L. B. Willson, for appellees.

HOWK, J.—In this cause, the same questions are presented for our consideration as those, and only those, questions, which were considered and decided by this court, at the last term, in the case of The City of Crawfordsville v. Brundage, ante, p. 262. Upon the authority of that case, and for the reasons there given, the judgment of the court below, in this cause, must also be reversed.

The judgment is reversed at appellees' costs, and the cause remanded, with instructions to sustain the appellant's demurrers to both paragraphs of the complaint, and for further proceedings.